IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| JENNIFER L. GARNER,<br><br>                Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES,<br>LLC, et al.,<br><br>                Defendants. | Civil No. 08-3021(RMB)<br><br>**ORDER** |

This matter comes before the Court upon its own Order To Show Cause why this case should not be transferred to the District of Colorado pursuant to 28 U.S.C., § 1404(a); and the Court having reviewed the submission of the Plaintiff, Jennifer L. Garner, submitted June 30, 2008, [Docket No. 5];

IT IS ON THIS **1st** day of **July** 2008, **ORDERED** that the Court will not, sua sponte, transfer the case to the District of Colorado pursuant to 28 U.S.C., § 1404(a) at this time; and

IT IS FURTHER **ORDERED** that this Order is without prejudice to the parties' rights to seek hereinafter a transfer or other form of relief.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge